IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                             )
        v.               )    Criminal No. *10 - 143*
                             )
RIGHT ASCENSION, INC.       )    (18 U.S.C. § 1461)
   d/b/a Adult DVD Empire    )

## INFORMATION

      The United States Attorney charges:

      On or about May 29, 2007, in the Western District of Pennsylvania, the defendant, RIGHT ASCENSION, INC., d/b/a Adult DVD Empire, knowingly caused to be delivered by mail according to the direction thereon to a post office box located in Erie, Pennsylvania, non-mailable obscene matter, that is, four DVD's identified as (1) "A Bounty of Pain", (2) "Shattering Krystal", (3) Extreme Tit Torture 18", and (4) "Pussy Torture 8".

      In violation of Title 18, United States Code, Section 1461.


                                  *Robert S. Cessar*
                                  ROBERT S. CESSAR
                                  Acting United States Attorney
                                  PA ID No. 47736