IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
              v.                  )     Criminal No. 10-143
                                  )
RIGHT ASCENSION, INC.             )
    d/b/a Adult DVD Empire        )

### ARRAIGNMENT PLEA

Defendant Right Ascension, Inc.
            d/b/a Adult DVD Empire

being arraigned, pleads _____

in open Court this _____ day of

_____, 20____.


_____
(Defendant's Signature)


_____
(Attorney for Defendant)