## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __✓__        Erie _____        Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  _____ Narcotics and Other Controlled Substances
1a. _____ Narcotics and Other Controlled Substances (3 or more Defendants)
2.  _____ Fraud and Property Offenses
2a. _____ Fraud and Property Offenses (3 or more Defendants)
3.  _____ Crimes of Violence
4.  __✓__ Sex Offenses
5.  _____ Firearms and Explosives
6.  _____ Immigration
7.  _____ All Others

Defendant's name:           Right Ascension, Inc.
                            d/b/a Adult DVD Empire

Is Indictment waived:       __✓__ yes        _____ no

Pretrial Diversion:         _____ yes       __✓__ no

Juvenile proceeding:        _____ yes       __✓__ no

Defendant is:               _____ Male      _____ Female
                            __✓__ Corporation

Superseding Indictment or
Information:                _____ yes       __✓__ no

    Previous case number:   _____

If superseding, previous case was/will be:

    _____ Dismissed on defendant's motion
    _____ Dismissed on government's motion
    _____ After appellate action
    _____ Other (explain)

County in which first
offense cited occurred:     Allegheny County

Previous proceedings before
Magistrate Judge:           _____

    Case No.:               _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant:                      _____ is in custody  __✓__ is not in custody

Name of Institution:            _____

Custody is on:                  _____ this charge        _____ another charge

                                _____ another conviction

                                _____ State       _____ Federal

Detainer filed:                 _____ yes        __✓__ no

Date detainer filed:            _____

Total defendants:               __1__

Total counts:                   __1__

Data below applies to
defendant No.:                  __1__

Defendant's name:               Right Ascension, Inc.,
                                d/b/a Adult DVD Empire

SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1461 | Mailing Obscene Matters | ✓ | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 7-20-2010

_____
Craig W. Haller
Assistant U.S. Attorney
PA ID No. 87714