# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

           **V.**          **Criminal No. 10-143**

**RIGHT ASCENSION, INC. D/B/A/ ADULT EMPIRE**

## NOTICE OF APPEARANCE

AND NOW, comes Gary B. Zimmerman and enters his appearance as attorney for the defendant in this case.

        Respectfully Submitted,

        `/s/ Gary Zimmerman`
        Gary B. Zimmerman - Pa. Id. 10080
        100 Ross Street – Suite 304
        Pittsburgh, PA 15219412-566-2133
        garybzim@aol.com