IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-143 |
| | ) | |
| RIGHT ASCENSION, INC. | ) | |
| d/b/a Adult DVD Empire | ) | |

**APPEARANCE OF CO-COUNSEL**

NOTICE is hereby given that Pamela S. Satterfield, Trial Attorney, is co-counsel of record for the government in the above-criminal action.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney


s/ Pamela S. Satterfield
PAMELA S. SATTERFIELD
Trial Attorney
U.S. Department of Justice
1301 New York Avenue, NW
Suite 500
Washington, DC 20530
(202) 353-2485 (Phone)
(202) 307-2217 (Fax)
pamela.satterfield@usdoj.gov
DC ID No. 421247