# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Criminal No.   10-143 |
| | ) | |
| Right Ascension, Inc., | ) | |
| Defendant. | ) | |

HEARING ON:   Waiver,  Plea, Sentencing

Before Judge Joy Flowers Conti

Craig W. Haller                        Gary B. Zimmerman

Pamela S. Satterfield
Attorney for Gov't                        Attorney for Defendant

Date  08-26-10
Hearing begun  11:00 a.m.            Hearing concluded  12:30 p.m.
Stenographer  Karen Earley           Clerk  Nick Bell

Court held a waiver of indictment and jury trial, change of plea, and sentencing hearing.

Defendant representative sworn in; Defendant representative indicated he reviewed Information;

Defendant representative found competent to plead on behalf of defendant; Defendant advised of

right to trial by jury and other constitutional rights and defendant waived those rights; Defendant

advised as to the charges in Count One of the Information; Defendant advised of the application

of the advisory guidelines, the minimum and maximum penalties for Count One; Government

explained the terms of the plea agreement; Government explained the elements of the offense

and the evidence as to Count One; Defendant pled guilty to Count One; Court accepted

defendant's guilty plea as to Count One.  The court made its findings with respect to the

application of the Sentencing Guidelines; Defendant sentenced to 2 years term of probation, and

a fine of $75,000, with all conditions listed and outlined on the record; Defendant shall pay a

$400 assessment; the court considered all factors under § 3553(a) when imposing the sentence;

appeal rights were stated.