AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 10-143 |
| Right Ascension, Inc. ) | |
| d/b/a Adult DVD Empire ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Right Ascension, Inc.

Date: 8/26/10

By: *John M Du___ CEO*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Gary B. Zimmerman, Esquire
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

Joy Flowers Conti, United States District Judge
*Judge's printed name and title*