

Government Descriptions of the Charged Films

### 1. A Bounty of Pain (Dan Hawke Productions)

This video depicts a man binding a woman in rope, placing a gag-ball in her mouth, binding her breasts in rope, and placing the woman naked on top of a wooden object referred to as a "horse." The woman's breasts are bound with rope, causing the breasts to discolor from lack of blood flow. A metal spur is applied to the woman's breasts and nipples. A wooden vice is affixed to the woman's breasts, flattening the breasts. Metal clamps are applied to the woman's labia and further attached to her feet. The woman is suspended mid-air with ropes for an extended period of time. Red electrical cord is used to tightly bind the woman's breasts, causing the breasts to discolor from lack of blood flow to the breast tissue. The woman's breasts are struck with a black, whip-like object. Hot wax is poured on the woman's breasts and vagina, as she screams in pain and cries. The movie possesses no plot or storyline, and dialogue is limited to verbal interactions between the two participants coupled with expressions of pain by the woman. The film is approximately 90 minutes in length.

### 2. Shattering Krystal (Dan Hawke Productions)

This video depicts a man binding a woman in rope, placing a gag-ball in her mouth, binding her breasts in rope, and suspending the woman in mid-air with ropes. The woman is placed naked on top of a wooden object referred to as a "horse." Metal nipple clamps are placed on the woman's nipples and attached to a metal chain, thus creating increased tension on the nipples. The woman is whipped about her breast and vagina after being placed on the floor on her knees. The woman's breasts are bound with rope, causing the breasts to discolor from lack of blood flow to the breast tissue. Clothes-pins are attached to various parts of the woman's body. A wooden clamp is affixed to the woman's labia. The movie possesses no plot or storyline, and dialogue is limited to verbal interactions between the two participants coupled with expressions of pain by the woman. This film is approximately 83 minutes in length.

### 3. Extreme Tit Torture 18 (Galaxy Entertainment)

This video depicts a man binding a woman's breasts and performing multiple acts of torture on her breasts, to include the application of metal clamps and hot wax. A metal object is used to poke the woman's breasts, causing her to wince and scream in pain. A black, whip-like object is used to whip the woman's breasts. A metal spur is applied to the woman's breasts, causing her to wince and scream in pain. The woman's breasts are then bound tightly, causing the breasts to discolor from lack of blood flow to the breast tissue. Hot wax is then applied to the woman's breasts, as she cries out in pain. The movie possesses no plot or storyline, and dialogue is limited to verbal interactions between the two participants coupled with expressions of pain by the woman. This film is approximately 54 minutes in length.

4. **Pussy Torture 8 (Galaxy Entertainment)**

This video depicts a man performing multiple acts of torture to a woman's vagina and clitoris, to include electrical stimulation and the application of hot wax. Mouse traps are applied to the woman's labia, while a metallic vibrator is applied to the mousetraps. Metal clamps are attached to the woman's labia, while weights are attached to the clamps to increase the tension. The woman is beaten about the buttocks with a wooden rod. The woman's vaginal area is whipped. A device discharging electricity is applied to the woman's vaginal and clitoral region, causing her to scream and moan as the static electricity is discharged onto her skin. A close-up of the woman's vagina shows the static electricity contacting her skin. The woman's vagina is then affixed with clothes-pins, a vibrator is applied, and hot wax is dripped over her vagina. The movie possesses no plot or storyline, and dialogue is limited to verbal interactions between the two participants coupled with expressions of pain by the woman. This film is approximately 58 minutes in length.