IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
 )
vs. ) Criminal Number 10-143-001
 )
RIGHT ASCENSION INC )

The above named defendant satisfied the judgment of AUGUST 26, 2010
by paying on AUGUST 26, 2010 the full balance due on his/her court ordered:

    __X__ Assessment
    __X__ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  9-1-10
Deputy Clerk                Date

U S DISTRICT COURT
CLERK
2010 SEP -1  PM 4:16
FILED