```
DUPLICATE

Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668007570
Cashier ID: gpuraty
Transaction Date: 08/26/2010
Payer Name: Right Ascension, Inc.
-----------------------------------
CRIMINAL DEBT
 For: Right Ascension, Inc.
 Case/Party: D-PAW-2-10-CR-000143-001
 Amount:        $75,400.00
-----------------------------------
CHECK
 Check/Money Order Num: 052450
 Amt Tendered: $75,000.00
CHECK
 Check/Money Order Num: 052449
 Amt Tendered: $400.00
-----------------------------------
Total Due:      $75,400.00
Total Tendered: $75,400.00
Change Amt:     $0.00

IFA $400
CF $ 75,000
```

*PLEA*

U.S DISTRICT COURT
CLERK

2010 AUG 27  AM 8:47

FILED